JANE TRAHEY ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF RIDGEFIELD ET AL.

The petition by the defendant Guy W. Tavoliero for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert F. Field,* in support of the petition.

Submitted December 26, 1972—decided January 2, 1973

WALTER NIEDZWIECKI ET AL. *v.* WEST END MOVING AND STORAGE COMPANY ET AL.
(two cases)

It appearing that the plaintiffs have failed to defend against the appeals in these two cases with proper diligence, pursuant to the provisions of § 696 of the Practice Book, it is ordered that the judgments in both cases be set aside and that both cases be remanded to the Court of Common Pleas for Fairfield County with direction to set aside the judgment in each case and to dismiss the action as to the plaintiffs, with costs.

*Richard D. Zeisler,* for the appellant (named defendant).

No appearance for the appellees (plaintiffs).